FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>WILLIAM KEITH JONES,<br><br>　　　　　　　　Defendant. | No.　2:18-CR-0113-WFN-1<br><br>ORDER ON ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

　　　A supervised release violation hearing was held November 1, 2021. The Defendant, who is not in custody, was present and represented by Roger Peven; Assistant United States Attorney George Jacobs, III represented the Government; United States Probation Officer Lori Cross was also present.

　　　The Court scheduled the hearing to review a report from the United States Probation Office alleging that Mr. Jones violated his conditions of supervised release. At the hearing, Mr. Jones admitted to the pending allegations, though with some clarification as to Violation No. 1, but asked to continue the hearing to allow him to demonstrate his ability to maintain compliance. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

　　　**IT IS ORDERED** that:

　　　1. The Court makes **NO FINDINGS** regarding any of the pending alleged violations at this time.

　　　2. The supervised release violation hearing is **CONTINUED to February 3, 2022, at 10:00 a.m., in Spokane**, Washington.

　　　3. The United States Probation Officer shall file a status report with the Court no later than **10 days prior to the hearing**.

ORDER - 1

4. All conditions of Mr. Jones's supervised release **REMAIN IN EFFECT**. In addition, the Court adds the following condition: You shall complete 20 hours of community service per week while unemployed on a schedule approved by your supervising officer.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Lori Cross.

**DATED** this 2nd day of November, 2021.

11-01-21

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2