PROB 12C
(6/16)

Report Date: March 14, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2022

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Keith Jones | Case Number: 0980 2:18CR00113-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 4, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Evasion of Income Taxes, 26 U.S.C. § 7201 | | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | November 16, 2020 |
| Defense Attorney: | Roger James Peven | Date Supervision Expires: | November 15, 2023 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/17/2021.

On December 7, 2020, Mr. Jones' conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 6, by consuming alcohol, on or about February 28, 2022. |
| | On February 28, 2022, Mr. Jones submitted a urine specimen at Gateway Counseling that returned positive for alcohol.  Mr. Jones initially blamed his positive urinalysis test on a prescription he received from his doctor, as well as an over-the-counter medication.  He later admitted to the probation officer and his treatment provider that he consumed alcohol. |
| | It should be noted, the treatment provider advised this officer that the level of alcohol detected in the offender's system indicated considerable alcohol consumption and was not consistent with his reported medications. |

Prob12C
Re: Jones, William Keith
March 14, 2022
Page 2

| | |
|---|---|
| 6 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** The offender is alleged to have violated special condition number 7, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on February 9, and March 9, 2022. |
| | The probation officer received email correspondence from PHS indicating Mr. Jones failed to report for urinalysis testing on February 9, and March 9, 2022. |
| 7 | **Standard Condition #2:** After initially reporting to the probation officer, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer as instructed on March 8, March 11, and March 14, 2022. |
| | Mr. Jones failed to report to the U.S. Probation Office for scheduled office appointments on March 8, March 11, and March 14, 2022. |
| 8 | **Modified Condition:** You shall complete 20 hours of community service per week while unemployed on a schedule approved by your supervising officer. |
| | **Supporting Evidence:** The offender is alleged to have violated the modified condition noted above, by failing to perform 20 hours of community service per week, as ordered by the Court on November 2, 2021. |
| | Mr. Jones has failed to provide the U.S. probation officer with verification that he has completed 20 hours of community service per week. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 14, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Jones, William Keith**
**March 14, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_3/15/2022_____
Date