PROB 12C
(6/16)

Report Date: June 10, 2022

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 10, 2022**

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Keith Jones | Case Number: 0980 2:18CR00113-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 4, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Evasion of Income Taxes, 26 U.S.C. § 7201 | | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | November 16, 2020 |
| Defense Attorney: | Roger James Peven | Date Supervision Expires: | November 15, 2023 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2022 and 03/14/2022.

On December 7, 2020, Mr. Jones' conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: The offender is alleged to have violated condition number 6, by consuming alcohol on or about June 2, 2022. |
| | On June 3, 2022, this officer conducted an announced home inspection at the offender's residence. During the home contact, his wife advised she discovered a bottle of alcohol in the offender's bedroom. This officer asked Mr. Jones if he had consumed alcohol and he initially denied such. After further discussion, he admitted to drinking on or about June 2, 2022. He further stated that he began drinking alcohol approximately 3 days after his release from the residential reentry center (RRC). |

Prob12C
**Re: Jones, William Keith**
**June 10, 2022**
**Page 2**

| | |
|---|---|
| 10 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on June 7, 2022.

On June 6, 2022, the probation officer instructed Mr. Jones to report to the U.S. Probation Office for a scheduled appointment on June 7, 2022. He failed to report as instructed.

| | |
|---|---|
| 11 | **Special Condition # 4**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to attend a scheduled mental health treatment session on June 8, 2022.

On June 8, 2022, the offender's mental health counselor, Robert Shepard, contacted the undersigned and advised Mr. Jones failed to report for a scheduled treatment session on this same date.

| | |
|---|---|
| 12 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on June 7 and 8, 2022.

The probation officer received email correspondence from PHS indicating Mr. Jones failed to report for urinalysis testing on June 7 and 8, 2022.

| | |
|---|---|
| 13 | **Standard Condition # 13:** You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the instructions of the probation officer.

On June 8, 2022, the undersigned instructed Mr. Jones to attend his scheduled individual treatment session at Gateway Counseling, which was scheduled for June 9, 2022. He failed to attend this scheduled treatment session.

Prob12C
Re: Jones, William Keith
June 10, 2022
Page 3

| | | |
|---|---|---|
| | 14 | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend a scheduled substance abuse treatment session at Gateway Counseling on June 9, 2022.

As previously noted, on June 9, 2022, Mr. Jones failed to report to Gateway Counseling for a scheduled treatment session. His treatment counselor advised the undersigned that Mr. Jones contacted him via telephone shortly before his scheduled appointment. At that time, the offender informed him that he was hopeless and was cancelling his appointment. It should be noted, his counselor suspected Mr. Jones was intoxicated.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/10/2022
Date