PROB 12C
(6/16)

Report Date: October 12, 2022

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Keith Jones | Case Number: 0980 2:18CR00113-WFN-1

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 4, 2019

Original Offense: Evasion of Income Taxes, 26 U.S.C. § 7201

Original Sentence: Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release

Asst. U.S. Attorney: George J. C. Jacobs, III | Date Supervision Commenced: November 16, 2020

Defense Attorney: Christina Wong | Date Supervision Expires: November 15, 2023

---

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2021, 03/14/2022 and 06/10/2022.

On December 7, 2020, Mr. Jones' conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2 by failing to report to the probation officer as instructed on October 7, and October 11, 2022.

On October 6, 2022, the undersigned contacted Mr. Jones and instructed him to report to the U.S. Probation Office at 9 a.m., on October 7, 2022. He failed to report as instructed.

On October 10, 2022, the undersigned left a voice message for the offender instructing him to report to the U.S. Probation Office 10 a.m., on October 11, 2022. Additionally, an email was sent to Mr. Jones with the same instructions. He failed to report as instructed.

16 **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5 by failing to attend treatment sessions at Gateway Counseling on October 6, and October 11, 2022.

According to Mr. Jones' primary counselor at Gateway Counseling, he failed to attend a scheduled group and individual treatment session on October 6, 2022. He failed to attend an additional group treatment session on October 11, 2022.

17 **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 7 by failing to report for urinalysis testing at Gateway Counseling on October 5, and October 7, 2022.

The offender's treatment provider informed the undersigned that Mr. Jones failed to report to their facility for urinalysis testing on October 5, 2022. Due to his failure to report for said testing, his counselor instructed him to report to Gateway Counseling for urinalysis testing on October 7, 2022. Mr. Jones failed to report for urinalysis testing on that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 12, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/12/2022

Date