PROB 12C  
(6/16)

Report Date: October 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Keith Jones | Case Number: 0980 2:18CR00113-WFN-1 |
| Address of Offender: ███████████ Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 4, 2019

| | | |
|---|---|---|
| Original Offense: | Evasion of Income Taxes, 26 U.S.C. § 7201 | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: November 16, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: November 15, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/17/2021, 3/14/2022, 6/10/2022 and 10/12/2022.

On December 7, 2020, Mr. Jones' conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: The offender is alleged to have moved from his approved residence on or about October 14, 2022.  Further, he failed to notify the probation officer of his change in residence within 72 hours, as required. |
| | On October 17, 2022, the undersigned spoke to the house manager at the Oxford House, where the offender was approved to reside.  He advised the probation officer that Mr. Jones was no longer residing at the residence and his wife had come to collect his belongings on or about October 14, 2022.  Mr. Jones failed to notify the probation officer of his change in residence within 72 hours. |

Prob12C
**Re: Jones, William Keith**
**October 18, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 18, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/18/2022
Date